```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
CLYDE PRICE,                       :    CIVIL ACTION
                                   :    NO. 15-1909
          Plaintiff,               :
                                   :
     v.                            :
                                   :
CITY OF PHILADELPHIA, et al.,      :
                                   :
          Defendants.              :
```

## O R D E R

**AND NOW**, this **7th** day of **March, 2017,** upon consideration of Defendants' Motion for Summary Judgment (ECF No. 19), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**, as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED** with respect to all of Plaintiff's claims against Defendant James Little.

2. Defendants' Motion for Summary Judgment is **GRANTED** with respect to Plaintiff's claims against Defendant Tyrone Simmons ("Officer Simmons") in Counts One, Four, Five, Six, Seven, Eight, Nine, and Twelve of Plaintiff's Amended Complaint (ECF No. 11).

3.   Defendants' Motion for Summary Judgment is **DENIED** with respect to Plaintiff's claims against Officer Simmons in Count Two and Count Three of Plaintiff's Amended Complaint.

4.   Plaintiff's Motion to Strike and or Deny Defendant's Motion for Summary Judgment (ECF No. 23) is **DENIED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,  J.**